**DISMISS; and Opinion Filed March 7, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00781-CV

## IN THE INTEREST OF J.E.S., JR. AND J.S., CHILDREN

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-51318-2018**

## MEMORANDUM OPINION

Before Justices Whitehill, Molberg, and Reichek
Opinion by Justice Molberg

Appellant Lakresha Griffin, appearing pro se, filed a brief that fails to comply with the rules of appellate procedure. *See* TEX. R. APP. P. 38.1. Significantly, the brief does not contain (1) a statement of the facts supported by record references; (2) an accurate statement of the arguments made in the body of the brief; or (3) argument for the contentions made with appropriate citations to authorities and to the record. *See id*. 38.1(g), (h), (i). Although directed on December 28, 2018 to file an amended brief in compliance with the rules and cautioned that failure to comply could result in dismissal of the appeal, appellant has not filed an amended brief. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1), 38.9(a), 42.3(b), (c).

/Ken Molberg/
KEN MOLBERG
JUSTICE

180781F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF J.E.S., JR. AND
J.S., CHILDREN

No. 05-18-00781-CV

On Appeal from the 416th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 416-51318-2018.
Opinion delivered by Justice Molberg.
Justices Whitehill and Reichek
participating.


In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.


Judgment entered this 7th day of March, 2019.